THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD INSOGNA and CAROLYN LEONARD, Appellants, et al., Defendant.— Per Curiam.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam.*